[Nos. 12563-0-I; 12571-1-I.   Division One.   December 20, 1985.]

NORTHWEST TELEVISION CLUB, INC., *Appellant,* v. GROSS SEATTLE, INC., ET AL, *Respondents.*

AL MYCON, *Appellant,* v. GROSS SEATTLE, INC., *Respondent,* NORTHWEST TELEVISION CLUB, INC., ET AL, *Appellants.*

Appeals from judgments of the Superior Court for King County, Nos. 799211, 80-2-11178-7, Peter K. Steere, J., entered November 10, 1982. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Grosse, JJ.

[No. 13164-8-I.   Division One.   December 20, 1985.]

TRACY SHEPPARD, *Appellant,* v. THE STATE OF WASHINGTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 82-2-00593-1, Robert C. Bibb, J., entered June 14, 1983. *Affirmed* by unpublished opinion per Corbett, C.J., concurred in by Swanson and Scholfield, JJ.

[No. 13122-2-I.   Division One.   December 20, 1985.]

*In the Matter of the Marriage of* CARLA WULFSBERG, *Petitioner, and* DAVID MACDONALD, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 81-3-12220-9, James A. Noe, J., entered April 27, 1983. *Affirmed as modified* by unpublished opinion per Ringold, J., concurred in by Coleman and Grosse, JJ.